**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Shahid Liaqat

Case No: 17-23762-CMG

Chapter: 13

Judge: Gravelle

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: September 29, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by <u>Rodman E. Honecker on behalf of Aspire Federal Credit Union.</u>, and regarding <u>          Doc# 19-3          </u> <u>Exhibit C through I to Seymour Affidavit                                                                          </u>, it is hereby

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*