| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

In Re:

Shahid Liaqat

Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-23762-CMG

Chapter:    13

Judge:    Gravelle

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: September 29, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by <u>Rodman E. Honecker on behalf of Aspire Federal Credit Union.</u>, and regarding <u>Doc# 19-3 Exhibit C through I to Seymour Affidavit</u>, it is hereby

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-23762-CMG
Shahid Liaqat                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Sep 29, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
db             +Shahid Liaqat,    132 Whitehead Ave,    Sayreville, NJ 08872-1187

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rodman E. Honecker    on behalf of Creditor   Aspire Federal Credit Union
           rhonecker@windelsmarx.com, lbarr@windelsmarx.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh   on behalf of Debtor Shahid  Liaqat yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
                                                                                             TOTAL: 5