WINDELS MARX LANE & MITTENDORF, LLP
120 Albany Street Plaza
New Brunswick, New Jersey 08901
Telephone (732) 846-7600
Attorneys Appearing: Rodman E. Honecker (rhonecker@windelsmarx.com)
*Attorneys for Aspire Federal Credit Union*

Order Filed on October 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------- x
In re                                    :
                                         :  CASE NUMBER. 17-23762 (CMG)
SHAHID LIAQAT,                           :
                                         :  Hearing Date: October 18, 2017 at 9:00 a.m.
                      Debtor.            :
                                         :  Judge Christine M. Gravelle
                                         :
                                         :  Chapter 13
                                         :
                                         :
                                         :
                                         :
---------------------------------------- x

Recommended Local Form:  ☐ Followed    ■ Modified

**ORDER DECLARING AUTOMATIC STAY INAPPLICABLE TO NON-DEBTOR
ENTITY AND GRANTING ASPIRE FEDERAL CREDIT UNION
RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages (2) through (3) is hereby ORDERED.

**DATED: October 19, 2017**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

{11403316:2}                                    1

Upon the motion of Aspire Federal Credit Union ("**Aspire**") for (i) a declaration of the inapplicability of the automatic stay pursuant to 11 U.S.C. § 362(d) and the codebtor stay pursuant to 11 U.S.C. § 1301 to a non-debtor entity owned by the Debtor; and (ii) relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to pursue Aspire's contractual and legal rights and remedies with respect to certain property in which the Debtor's estate may have an interest, including commencement of an action for foreclosure or replevin of New York Taxi & Limousine Commission taxicab license and representative independent unrestricted taxicab medallion #9T98 owned by and registered to the Debtor's wholly-owned company, Mustafa Ahmad Corp. ("**Mustafa Ahmad**"), and the Debtor's membership interest in Mustafa Ahmad (all as more particularly described and defined in the Motion, the "**Collateral**"); service of the Motion having been made in compliance with the applicable Bankruptcy Rules and the Local Rules of this Court, as evidenced by the affidavit of service on file with the Court; and no objections to the Motion having been filed; and the Court having held a hearing on October 18, 2017 to consider the Motion, at which Aspire appeared by its counsel Windels Marx Lane & Mittendorf, LLP, Rodman E. Honecker, partner, and was heard; and upon the Affidavit of Nicole Seymour in support of the Motion; and upon the record of the hearing and of this case; and after due deliberation and good cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted to the extent set forth herein; and it is further

**ORDERED** that (i) the automatic stay pursuant to 11 U.S.C. § 362(a) and the codebtor stay pursuant to 11 U.S.C. § 1301 are not applicable as to the Collateral (as defined in the Motion) owned by the non-debtor entity for the reasons set forth in the Motion, Mustafa Ahmad; and (ii) the automatic stay pursuant to 11 U.S.C. § 362(a) is lifted and vacated to permit Aspire, its agents, assigns or successors in interest to exercise its rights under applicable state and federal

law with respect to the Collateral.

{11403316:2}    3

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-23762-CMG
Shahid Liaqat                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Oct 19, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
db            +Shahid Liaqat,    132 Whitehead Ave,    Sayreville, NJ 08872-1187

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rodman E. Honecker    on behalf of Creditor    Aspire Federal Credit Union
               rhonecker@windelsmarx.com, lbarr@windelsmarx.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Shahid  Liaqat yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
                                                                                               TOTAL: 5