Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−23762−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shahid Liaqat
   132 Whitehead Ave
   Sayreville, NJ 08872

Social Security No.:
   xxx−xx−9312

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2018
JAN: ckk

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-23762-CMG
Shahid Liaqat                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Feb 22, 2018
                              Form ID: 148              Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
```
db            +Shahid Liaqat,    132 Whitehead Ave,    Sayreville, NJ 08872-1187
cr            +Aspire Federal Credit Union,    c/o Windels Marx Lane & Mittendorf, LLP,
               120 Albany Street Plaza,    New Brunswick,, NJ 08901-2163
cr            +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,    Addison, TX 75001-9013
516923452    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court:    Am Honda Fin,    201 Little Falls Dr,   Wilmington, DE 19808)
517197397     +Aseire Federal Credit Union,    c/o Leslie S. Barr, Esq.,,   c/o Windels Marx et al.,
               156 West 56th Street,    New York, NY 10019-3800
517088431     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516923458    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:    Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007)
517160364      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
516935719     +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
516923465     +Fnb Omaha,    Po Box 3412,   Omaha, NE 68103-0412
516923470     +Melrose Credit Union,    13930 Queens Blvd,    Briarwood, NY 11435-2926
516923471     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516923479    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:    Toyota Motor Credit Co,    90 Crystal Run Rd Ste 31,
               Middletown, NY 10941)
516952643     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 00:07:12      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 00:07:08      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516961290      EDI: HNDA.COM Feb 22 2018 23:43:00      American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517115139      EDI: BECKLEE.COM Feb 22 2018 23:43:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517115068      EDI: BECKLEE.COM Feb 22 2018 23:43:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516923453     +EDI: AMEREXPR.COM Feb 22 2018 23:43:00      Amex,   Po Box 297871,
               Fort Lauderdale, FL 33329-7871
516923454     +E-mail/Text: smacknowski@msscuso.com Feb 23 2018 00:07:35      Aspire Federal Credit Union,
               67 Walnut Ave,    Clark, NJ 07066-1640
516923455      EDI: BANKAMER.COM Feb 22 2018 23:43:00      Bankamerica,    Po Box 982238,   El Paso, TX 79998
516923457      EDI: BANKAMER.COM Feb 22 2018 23:43:00      Bk Of Amer,   Po Box 982238,    El Paso, TX 79998
516923456     +EDI: TSYS2.COM Feb 22 2018 23:43:00      Barclays Bank Delaware,    Po Box 8803,
               Wilmington, DE 19899-8803
517114984      EDI: BL-BECKET.COM Feb 22 2018 23:43:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516923459     +EDI: CHASE.COM Feb 22 2018 23:43:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
516923460     +EDI: CITICORP.COM Feb 22 2018 23:43:00      Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516923461     +EDI: WFNNB.COM Feb 22 2018 23:43:00      Comenitycap/zalesout,    Po Box 182120,
               Columbus, OH 43218-2120
516940833      EDI: DISCOVER.COM Feb 22 2018 23:43:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
516923462     +EDI: DISCOVER.COM Feb 22 2018 23:43:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
516923463     +EDI: TSYS2.COM Feb 22 2018 23:43:00      Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
516923464     +EDI: AMINFOFP.COM Feb 22 2018 23:43:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
516923467      EDI: IRS.COM Feb 22 2018 23:43:00      Internal Revenue Service,    44 South Clinton Ave,
               Trenton, NJ 08601
516923469     +EDI: CBSKOHLS.COM Feb 22 2018 23:43:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
517124282     +EDI: RESURGENT.COM Feb 22 2018 23:43:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517145004     +EDI: MID8.COM Feb 22 2018 23:43:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
517114442      EDI: PRA.COM Feb 22 2018 23:43:00      Portfolio Recovery Associates, LLC,
               c/o Barclaycard Arrival Plus,    POB 41067,   Norfolk VA 23541
517127424      EDI: PRA.COM Feb 22 2018 23:43:00      Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,
               POB 41067,    Norfolk VA 23541
517108631     +EDI: JEFFERSONCAP.COM Feb 22 2018 23:43:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517104803      EDI: Q3G.COM Feb 22 2018 23:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
516923472     +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb/amazon,    Po Box 965015,   Orlando, FL 32896-5015
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2018
                              Form ID: 148             Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516923473      +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb/ashley Homestore,    950 Forrer Blvd,
                Kettering, OH 45420-1469
516923474      +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb/gap,   Po Box 965005,    Orlando, FL 32896-5005
516923475      +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb/jcp,   Po Box 965007,    Orlando, FL 32896-5007
516923476      +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb/oldnavydc,    Po Box 965005,
                Orlando, FL 32896-5005
516923477      +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb/toysrusdc,    Po Box 965005,
                Orlando, FL 32896-5005
516923478      +EDI: RMSC.COM Feb 22 2018 23:43:00      Syncb/walmart Dc,    Po Box 965024,
                Orlando, FL 32896-5024
516927849      +EDI: RMSC.COM Feb 22 2018 23:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517279055       EDI: BL-TOYOTA.COM Feb 22 2018 23:43:00       Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517156455       EDI: USBANKARS.COM Feb 22 2018 23:43:00      U.S. Bank National Association,
                Bankruptcy Department,    PO Box 108,   St. Louis MO 63166-0108
516923480       EDI: USBANKARS.COM Feb 22 2018 23:43:00       Us Bank,    4325 17th Ave S,    Fargo, ND 58125
516923481      +EDI: WFFC.COM Feb 22 2018 23:43:00      Wells Fargo Bank,    Po Box 14517,
                Des Moines, IA 50306-3517
517089381       EDI: WFFC.COM Feb 22 2018 23:43:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516923468*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,    P.O. Box 9052,
                Andover, MA 01810-9052)
516923466*     +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517147780*     +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rodman E. Honecker    on behalf of Creditor    Aspire Federal Credit Union
                rhonecker@windelsmarx.com, lbarr@windelsmarx.com
              Steven P. Kelly    on behalf of Plaintiff    American Express Centurion Bank
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Shahid  Liaqat yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                               TOTAL: 7
```